THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENISHA BROWN, Appellant. [843 NYS2d 829]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered March 9, 2006, convicting defendant, upon her plea of guilty, of assault in the first degree, and sentencing her, as a second violent felony offender, to a term of 10 years, unanimously affirmed.

Defendant claims that the court unlawfully imposed a mandatory surcharge and fees when it did so in writing, without including the surcharge and fees in its oral pronouncement of sentence. For the reasons stated in our decision in *People v Lemos* (34 AD3d 343 [2006]), we find that claim to be unpreserved. Were we to review it, we would find it lacking in merit (*id.*). We note, moreover, that the imposition of the surcharge and fees was a ministerial matter (*cf. People v Williams*, 44 AD3d 335 [2007]). Concur—Andrias, J.P., Marlow, Nardelli, Sweeny and McGuire, JJ.